

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00593-CV

**IN THE INTEREST OF A.R.E.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01424
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:  September 24, 2014

DISMISSED FOR LACK OF JURISDICTION

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The trial court signed the order on July 3, 2014. Accordingly, appellant's notice of appeal was due to be filed on July 23, 2014. TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due on August 7, 2014. *See* TEX. R. APP. P. 26.3. Appellant filed a notice of appeal on August 15, 2014.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period

for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

Because it did not appear to this court that we had jurisdiction to consider this appeal, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant's court-appointed attorney filed a written response agreeing that this court lacks appellate jurisdiction over the appeal. Because appellant's notice of appeal was not timely filed, this appeal is dismissed for lack of jurisdiction. *See id.*

PER CURIAM